Donald W. OWENS, Appellant,

v.

Denis H. AGNIEL, Parole Chairman
and Board Members,
Respondents.

No. WD 67619.

Missouri Court of Appeals,
Western District.

Aug. 19, 2008.

Donald W. Owens, acting pro se.

Ronald S. Ribaudo, Jefferson City, MO,
for respondent.

Before JAMES M. SMART, JR., P.J.,
THOMAS H. NEWTON, and RONALD
R. HOLLIGER, JJ.

### Order

PER CURIAM.

Donald Owens was convicted in 1979 of
two counts of assault in the first degree by
means of a deadly weapon in violation of
section 565.050, RSMo 1978. *State v. Owens*, 628 S.W.2d 349, 349 (Mo.1982). He
was sentenced to concurrent terms of life
imprisonment and ten years imprisonment.

In 2005, the Missouri Board of Probation and Parole, after a parole hearing,
denied Owens parole. Owens filed a petition to declare the Board's decision invalid.
The Board moved for summary judgment.
The Circuit Court granted the Board's motion for summary judgment. Owens appeals.

Having carefully considered the contentions on appeal, we find no grounds for
reversing the decision. Publication of a
formal opinion would not serve jurisprudential purposes or add to understanding
of existing law. The judgment is affirmed.
Rule 84.16(b).